In The



Court of Appeals



Ninth District of Texas at Beaumont



 ______________________ 


 

NO. 09-07-581 CR


 ______________________



CHAN JERON RUBIN AKA CHAN RERON RUBIN, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 252nd District Court


Jefferson County, Texas


Trial Cause No. 89790






MEMORANDUM OPINION


 We have before the Court a request from the appellant, Chan Jeron Rubin a/k/a Chan
Reron Rubin, to dismiss his appeal. See Tex. R. App. P. 42.2. A request to dismiss the appeal
is signed by appellant personally, and counsel of record has no objection to the request. No
opinion has issued in this appeal. The motion is granted, and the appeal is therefore
dismissed. 


 APPEAL DISMISSED. 

 

 ____________________________

 DAVID GAULTNEY

 Justice


Opinion Delivered May 7, 2008

Do Not Publish

 

Before Gaultney, Kreger, and Horton, JJ.